UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 1 7 2022
AT_____O'CLOCK_____
John M. Domurad, Clerk - Binghamton

Maria Goyer,

    Plaintiff,

– against–

Experian Information Solutions, Inc.,

    Defendant.

Civil Action No. 1:22-cv-384

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, Plaintiff Maria Goyer, through her attorneys, Law Offices of Robert S. Gitmeid & Associates, PLLC, hereby dismisses, Experian Information Solutions, Inc. with prejudice.

Dated: August 16, 2022

Respectfully Submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

/s/ Louis Greco
Louis Greco, Esq.
180 Maiden Lane, 27th Floor
New York, NY 10038
Tel: (212) 226-5081
Fax: (212) 208-2591
Email: louis.g@gitmeidlaw.com
*Counsel For Plaintiff*

IT IS SO ORDERED.
DATED: August 16, 2022

_____
Hon. Thomas J. McAvoy, Senior U.S.D.J.